# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARMEN AVETISYAN,<br><br>                    Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:22-cv-00407-RAJ |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Defendant United States Citizenship and Immigration Services and against Plaintiff Armen Avetisyan.

DATED this 17th day of February, 2023.

RAVI SUBRAMANIAN,
Clerk of the Court

By:   */s/ Victoria Ericksen*
             Deputy Clerk